IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CODY MCDONALD,<br><br>　　　　　Defendant. | 8:25CR136<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

　　　　This matter is before the Court upon the government's Amended Motion for Preliminary Order of Forfeiture (Filing No. 22). The Court has carefully reviewed the record in this case and finds as follows:

　　　　1.　　On August 5, 2025, defendant Cody McDonald ("McDonald") pleaded guilty to Counts I and II of the Information (Filing No. 6) and admitted the Forfeiture Allegation. Count I charged McDonald with conspiracy to distribute and possession with intent to distribute marijuana and cocaine, a violation of 21 U.S.C. § 846.　Count II charged McDonald with possessing a firearm during a drug-trafficking crime, a violation of 18 U.S.C. § 824(c)(1)(A).

　　　　2.　　The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $1,087 in United States currency as "proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense."　The Forfeiture Allegation also sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of a Benelli 12-gauge shotgun with serial number Y182678K, a Browning Baby .24 caliber pistol with serial number 212293, a Lorcin L9 9mm pistol with serial number 022504, and a Polymer80 PFC9 Compact 9mm pistol without a serial number, all seized from 15612

Timberlane Drive, Omaha, Nebraska, on or about May 18, 2023, as "firearms and ammunition involved in the commission of the offense" (the "Property").

3. Based on McDonald's guilty plea and admission, McDonald forfeits his interest in the Property, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

4. The government's Amended Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Amended Motion for Preliminary Order of Forfeiture (Filing No. 22) is granted.

2. Based upon the Forfeiture Allegation of the Information (Filing No. 6) and McDonald's guilty plea and admission, the government is hereby authorized to seize the Property.

3. McDonald's interest in the Property is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Property is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the Property in such manner as the Attorney General may direct, and notice that any person, having or claiming a legal interest in the Property, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Property, shall be signed by the Petitioner under penalty of perjury, and

      shall set forth the nature and extent of the Petitioner's right, title, or interest in the Property, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Property, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 25th day of August 2025.

BY THE COURT:

*[signature]*

Robert F. Rossiter, Jr.
Chief United States District Judge