IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:25CR136 |
| Plaintiff, | |
| v. | ORDER |
| CODY McDONALD, | |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss Forfeiture Allegation (Filing No. 33) of the Information (Filing No. 6) regarding $1,087 in United States currency, a Benelli 12-gauge shotgun, a Browning Baby .24 caliber pistol, a Lorcin L9 9mm pistol, and a Polymer80 PFC9 pistol that were administratively forfeited by the Federal Bureau of Investigation. Upon careful review of the government's motion and the record in this case, the Court finds that motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (Filing No. 33) is granted.

2. The Forfeiture Allegation of the Information (Filing No. 6) is dismissed.

Dated this 17th day of November 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge